# 108th District Court
## Case Summary
### Case No. 106231-00-E

| | | | |
|---|---|---|---|
| **DANNY PRICE GARRETT VS. JAMES WALTER CAVE AND EAN HOLDINGS, LLC** | § § § § | Location: | **108th District Court** |
| | | Filed on: | **02/23/2017** |

## Case Information

**File Date** 02/23/2017

**Cause of Action**
Personal Injury and Property Damage

**Description/Remedy**
Action

**Case Type:** **Personal Injury and Property Damage-Motor Vehicle**

| Date | Case Assignment |
|---|---|
| | **Current Case Assignment** |
| | Case Number        106231-00-E |
| | Court              108th District Court |
| | Date Assigned      02/23/2017 |

## Party Information

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **GARRETT, DANNY PRICE** | **QUACKENBUSH, JESSE** |
| | | *Retained* |
| | | 806-374-4024(W) |
| | GARRETT, DANNY PRICE | |
| **Defendant** | CAVE, JAMES WALTER | |
| | CAVE, JAMES WALTER | |
| | EAN, HOLDINGS LLC | **SMITH, BRETT A.** |
| | | *Retained* |
| | | 972-934-9100(W) |

| Date | Events & Orders of the Court | Index |
|---|---|---|
| 02/23/2017 | **Cause of Action**    Personal Injury and Property Damage    () <br> Action Type            Action | |
| 02/23/2017 | PREPARE DOCKET SHEET <br> *PREPARE DOCKET SHEET Init: KM* | |
| 02/23/2017 | DISCOVERY LEVEL 3 <br> *DISCOVERY LEVEL 3 Init: KM* | |
| 02/23/2017 | FILE EFILE LOG #: ^ <br> *FILE EFILE LOG #: 015494745-0 Init: KM* | |
| 02/23/2017 | FILE CIVIL COVER SHEET <br> *FILE CIVIL COVER SHEET Init: KM* | |
| 02/23/2017 | File Document: <br> *FILE: REQUEST FOR ISSUANCE JAMES WALTER CAVE Init: KM* | |
| 02/23/2017 | File Document: <br> *FILE: REQUEST FOR ISSUANCE EAN HOLDINGS, LLC Init: KM* | |
| 02/23/2017 | FILE PLAINTIFF'S ORIGINAL PETITION/DC^ | |

|  |  |  |
|---|---|---|
|  | *FILE PLAINTIFF'S ORIGINAL PETITION/DC Init: KM* |  |
| 02/23/2017 | Civil Case Filed (OCA) |  |
| 02/27/2017 | CHECK OUT DOCKET SHEET TO: ^<br>*CHECK OUT DOCKET SHEET TO: COURT NEW CASE Init: KM* |  |
| 02/27/2017 | MAIL: ^<br>*MAIL: CITATION BY CERTIFIED MAIL TO: EAN HOLDINGS, LLC ARTICLE NO 9414 7266 9904 2080 6472 31 Init: KM* |  |
| 02/27/2017 | EMAIL ^<br>*EMAIL CITATION TO ATTORNEY FOR JAMES WALTER CAVE Init: KM* |  |
| 02/28/2017 | File Document:<br>*FILE: CONFIRMATION OF DELIVERY OF CITATION VIA EMAIL Init: KM* |  |
| 03/01/2017 | FILE CERTIFIED MAIL POSTAGE RECEIPT ^<br>*FILE CERTIFIED MAIL POSTAGE RECEIPT ARTICLE NO 9414 7266 9904 2080 6472 21 ADRESSED TO: EAN HOLDINGS, LLC Init: KM* |  |
| 03/17/2017 | RECORD CITATION CERTIFIED MAIL<br>ean Holdings, LLC, served on 3/2/17. Article No. 9414 7266 9904 2080 6472 21. Signed by Adelia ? |  |
| 03/23/2017 | Request for Copies and/or Search for Potter County<br>*(copy of Original petition & Return citation for Ean Holdgins LLC)* |  |
| 03/23/2017 | Other Action:<br>*email confirmation for delivery of documents* |  |
| 03/24/2017 | E File Log<br>  Paid by:: Attorney  SMITH, BRETT A.<br>  016062509-0 | Instrument#<br>016062509-0 |
| 03/24/2017 | Defendant/s Original Answer<br>*Defendant Enterprise Leasing Company of Chicago, LLC, Incorrectly named as Holdings, LLC's Original Answer (Enterprise Leasing Company of Chicago, LLC, Incorrectly names as Ean Holdings, LLC)* |  |

| DATE | FINANCIAL INFORMATION |  |
|---|---|---|
|  | **Attorney**  SMITH, BRETT A.<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of  3/30/2017** | 2.00<br>2.00<br>**0.00** |
|  | **Plaintiff**  GARRETT, DANNY PRICE<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of  3/30/2017** | 443.50<br>443.50<br>**0.00** |

# CIVIL CASE INFORMATION SHEET

**106231-E**

CAUSE NUMBER (FOR CLERK USE ONLY): _____ COURT (FOR CLERK USE ONLY): _____

STYLED **Danny Price Garret vs. James Walter Cave and Eav Holdings, LLC**
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: **Jesse Quackenbush** | Email: **JESSEQUF@GMAIL.COM** | Plaintiff(s)/Petitioner(s): **Danny Pric Garret** | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address: **801 S. Fillmore, Ste. 460** | Telephone: **806-374-4024** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Amarillo, TX 79101** | Fax: **806-352-0073** | Defendant(s)/Respondent(s): **James Walter Cave**<br>**Eav Holding, LLC** | Custodial Parent: _____<br>Non-Custodial Parent: _____<br>Presumed Father: _____ |
| Signature: | State Bar No: **16421975** | [Attach additional page as necessary to list all parties] | |

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: | ☐ Eminent Domain/Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☒ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product: _____<br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | **Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | **Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ | | |

Filed
Caroline Woodburn
District Clerk
2/23/2017 3:00:25 PM
Potter County, Texas
By _____ Deputy

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court    ☐ Declaratory Judgment    ☐ Prejudgment Remedy
☐ Arbitration-related                       ☐ Garnishment              ☐ Protective Order
☐ Attachment                                ☐ Interpleader             ☐ Receiver
☐ Bill of Review                            ☐ License                  ☐ Sequestration
☐ Certiorari                                ☐ Mandamus                 ☐ Temporary Restraining Order/Injunction
☐ Class Action                              ☐ Post-judgment            ☐ Turnover

### 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

Filed
Caroline Woodburn
District Clerk
2/23/2017 3:00:25 PM
Potter County, Texas
By \_\_\_\_\_ Deputy

Cause No. 106231-E

| | | |
|---|---|---|
| Danny Price Garrett, | § | In The 108th District Court |
| Plaintiff | § | |
| | § | |
| vs. | § | In and For |
| | § | |
| James Walter Cave and EAN | § | |
| Holdings, LLC, | § | |
| Defendants | § | Potter County, Texas |

## Plaintiff's Original Petition

To The Honorable Judge Of Said Court:

Comes Now, Danny Price Garrett, hereinafter referred to as Plaintiff complaining of James Walter Cave and EAN Holdings, LLC, hereinafter referred to as Defendants and for cause of action would respectfully show unto this Honorable Court and Jury as follows:

### I.
### Discovery Level Election

1.01    Plaintiff intends to conduct discovery under Level 3 pursuant to Rule 190.3 of the Texas Rules of Civil Procedure.

### II.
### Parties

2.02    Plaintiff, Danny Price Garrett, is a resident citizen of Amarillo, Randall County Texas. The last four digits of Plaintiff's driver's license are 4490.

2.03    Defendant, James Walter Cave, is a resident citizen of Winsford, England. Service of process may be had by serving this Defendant at his residential address located at 80 Chester Road, Winsford, CW7 2NQ, United Kingdom, England. The last four digits of Defendant's driver's license are 9HY3.

Plaintiff's Original Petition                                                                                                              Page 1

**2.04** Defendant, **EAN HOLDINGS, LLC,** is a Oklahoma Corporation doing business throughout the State of Texas and may be served with process by serving its registered agent, The Corporation Company, 1833 South Morgan Road, Oklahoma City, OK 73128.

## III.
## METHOD OF SERVICE

**3.05** Plaintiff requests that the Potter County District Clerk issue citations and serve the Defendant, **EAN HOLDINGS, LLC** with a copy of this Petition by certified mail – return receipt requested. Plaintiff requests that the Potter County District Clerk issue citation and allow Mr. Andrew Green an agent of Across the Pond Service, 12 Brighton, Ben Rhydding, Ilkley, L529 8P5, England to serve Defendant, **JAMES WALTER CAVE** with a copy of the citation and this petition by hand delivery.

## IV.
## JURISDICTION AND VENUE.

**4.06** This suit is brought as a result of an automobile accident which occurred in Amarillo, Potter County, Texas.

**4.07** This case is brought pursuant to common law and statutory laws regarding traffic regulation in the State of Texas and specifically the Texas Traffic Code.

**4.08** Plaintiff seeks monetary damages far in excess of the minimum jurisdictional limits of this Court: monetary relief of more than $200,000.00 but less than $1,000,000.00, including damages of any kind, penalties, costs, expenses and pre-judgment interest.

## V.
## OPERATIVE FACTS

**5.09** On or about the 10th day of October, 2016, at approximately 10:10 a.m., Plaintiff was traveling west in the left lane of the IH 40 service road. Defendant, **JAMES WALTER CAVE** was traveling west in the right lane of the IH 40 service road. As both units approached the intersection with Hope Road, suddenly and without warning, Defendant, **JAMES WALTER CAVE** attempted to make a left turn from the right lane and caused a collision. Defendant, **JAMES WALTER CAVE'S** vehicle spun around and came to rest facing southeast in the left lane. Plaintiff's vehicle went to the right and came to rest in some trees facing northeast. Plaintiff was severely injured.

## VI.
## NEGLIGENCE OF DEFENDANT, JAMES WALTER CAVE

**6.10** At all times relevant and material hereto, Defendant, **JAMES WALTER CAVE**, was negligent in failing to do the following things, either singularly or in combination, which directly and proximately caused the accident made the basis of this lawsuit:

A. **COMMON LAW:**

   1) **Failed to keep a proper lookout for other vehicles and in particular Plaintiff's vehicle;**
   2) **Failed to yield the right of way – turning left; and**
   3) **Failed to take evasive action such as steering his vehicle to the left or to the right to avoid colliding with Plaintiff's vehicle.**

**6.11** The above-listed negligent acts and/or omissions of Defendant, **JAMES WALTER CAVE,** directly and proximately caused the injuries and damages sustained by Plaintiff which are more particularly described below.

B. **STATUTORY LAW:**

**6.12** At all time relevant and material hereto, the Defendant **JAMES WALTER CAVE** negligently violated the following statutory traffic laws in Texas, either singularly or in

combination, which directly and proximately caused the accident made the basis of this lawsuit:

1. **§545.151 VEHICLE APPROACHING OR ENTERING INTERSECTION**

   An operator approaching an intersection:
   (1) Shall stop, yield, and grant immediate use of the intersection:
      (A) In obedience to an official traffic-control device, including a stop sign or yield right-of-way sign; or

      (B) If a traffic-control signal is present but does not display an indication in any of the signal heads; and
   (2) after stopping, may proceed when the intersection can be safely entered without interference or collision with traffic using a different street or roadway.
   (a) An operator on a single-lane or two-lane street or roadway who approaches an intersection that is not controlled by an official traffic-control device and that is located on a divided highway or on a street or roadway divided into three or more marked traffic lanes:
      (1) Shall stop, yield, and grant immediate use of the intersection to a vehicle on the other street or roadway that is within the intersection or approaching the intersection in such proximity as to be a hazard; and
      (2) After stopping, may proceed when the intersection can be safely entered without interference or collision with traffic using a different street or roadway.
   (b) An operator, may proceed when the intersection can be safely entered without interference or collision with traffic using a different street or roadway:
      (1) Shall stop, yield, and grant immediate use of the intersection to a vehicle on the paved street or roadway that is within the intersection or approaching the intersection in such proximity as to be a hazard; and
      (2) After stopping, may proceed when the intersection can be safely entered interference or collision with traffic using the paved street or roadway.
   (c) Except as provide in Subsection (e), an operator approaching an intersection of a street or roadway that is not controlled by an official traffic-control device:
      (1) Shall stop, yield, and grant immediate use of the intersection to a vehicle that has entered the intersection from the operator's right or is approaching the intersection from the operator's right in a proximity that is a hazard; and
      (2) After stopping, may proceed when the intersection can be safely entered without interference or collision with traffic using a different street or roadway.
   (d) An operator approaching an intersection of a street or roadway from a

    street or roadway that terminates at the intersection and that is not controlled by an official traffic-control device or controlled as provided by Subsection (b) or (c):
     (1) Shall stop, yield, and grant immediate use of the intersection to another vehicle that has entered the intersection from the other street or roadway or is approaching the intersection on the other street or roadway in a proximity that is a hazard; and
     (2) After stopping, may proceed when the intersection can be safely entered without interference or collision with the traffic using the other street or roadway.
   (e) An operator who is required by this section to stop and yield the right-of-way at an intersection to another vehicle and who is involved in a collision or interferes with other traffic at the intersection to whom right-of-way is to be given is presumed not to have yielded the right-of-way.

  Acts 1995, 74th Leg., ch. 165, Sec. 1, eff. Sept. 1, 1995. Amended by Acts 2003, 78th Leg., ch. 1325, Sec. 19.05, eff. Sept. 1, 2003.

  2.  §545.103 SAFELY TURNING

  An operator may not turn the vehicle to enter a private road or driveway, otherwise turn the vehicle from a direct course, or move right or left on a roadway unless movement can be made safely.
    Acts 1995, 74th Leg., ch. 165, § 1, eff. Sept. 1, 1995.

## VII.
### NEGLIGENCE OF EAN HOLDINGS, LLC

  **7.13** The vehicle driven by **JAMES WALTER CAVE** was owned by **EAN HOLDINGS, LLC**.

  **7.14** At the time and place of the occurrence made the basis of this lawsuit, Defendants failed to exercise that degree of care imposed upon them by law. Defendants were jointly burdened with the duty to exercise ordinary care in the operation of motor vehicles in the State of Texas. Such failure by Defendants resulted in an unreasonable risk of harm to other drivers and in particular to Plaintiff, thereby making Defendants jointly and severally liable for all injuries and damages sustained by Plaintiff.

  **7.15** Plaintiff will show that all times relevant and material hereto, Defendant **JAMES WALTER CAVE** had permission and authority from Defendant, **EAN HOLDINGS, LLC** to use the

vehicle he was driving just prior to and at the time of the collision made the basis of this lawsuit. In that regard, Plaintiff will show that Defendant, **JAMES WALTER CAVE** was driving a white 2016 Chevrolet Traverse, VIN 1GNKRHKD9GJ266044, which was owned by Defendant **EAN HOLDINGS LLC**. Plaintiff will show at trial that **EAN HOLDINGS, LLC** knew that **JAMES WALTER CAVE** had been operating his vehicle and he was authorized to do so just prior to and at the time of the collision made the basis of this lawsuit.

7.16   Further, Plaintiff will show at trial that **EAN HOLDINGS, LLC** had negligently entrusted the vehicle in question to Defendant **JAMES WALTER CAVE**, who they knew or should have known was a reckless, unlicensed and/or incompetent driver.

## VIII.
## DAMAGES TO PLAINTIFF DANNY PRICE GARRETT

8.17   As a direct and proximate result of the Defendants' negligent acts and/or omissions set out above, Plaintiff, **DANNY PRICE GARRETT**, has suffered severe and permanent physical injuries to his body in general. Said injuries have resulted in damages far in excess of the minimum jurisdictional limits of this Court.

8.18   Plaintiff seeks damages for the injuries he received as a direct and proximate result of the accident made the basis of this lawsuit and Defendants' negligence:

- a) **Pain and suffering in the past & future**
- b) **Disfigurement in the past & future**
- c) **Mental anguish in the past & future**
- d) **Physical impairment in the past & future**
- e) **Medical charges in the past**
- f) **Medical charges in the future**
- g) **Loss of earnings in the past and loss of future wages earning capacity**
- h) **Property damage and loss of use of vehicle**
- i) **Pre-judgment interest**
- j) **Post-judgment interest**

## IX.
## DEMAND FOR JURY

9.19    Plaintiff respectfully requests a trial by jury and tenders his jury fee concurrently with filing of this action.

## X.
## PRAYER

10.20    **WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants be cited to appear and answer herein; that upon final trial hereof, Plaintiff has judgment against the Defendants, jointly and severely, for the full amount of his damages, as herein alleged; pre-judgment interest and post-judgment interest at the legal rate; costs of Court; and such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted,

QUACKENBUSH LAW FIRM

_/s/ Jesse Quackenbush_

Jesse Quackenbush
State Bar No. 16421975
801 S. Fillmore, Suite 460
Amarillo, Texas 79101
Telephone: (806) 374-4024
Facsimile: (806) 352-0073
jesseqlf@gmail.com
**ATTORNEY FOR PLAINTIFF**

Filed
Caroline Woodburn
District Clerk
2/23/2017 3:00:25 PM
Potter County, Texas
By _____ Deputy

# CT Corporation

**Service of Process Transmittal**
03/02/2017
CT Log Number 530787540

| | |
|---|---|
| **TO:** | Evelyn Shadley, Legal Assistant<br>Enterprise Holdings, Inc.<br>600 Corporate Park Dr<br>Saint Louis, MO 63105-4211 |
| **RE:** | Process Served in Oklahoma |
| **FOR:** | EAN Holdings, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Danny Price Garrett vs. James Walter Cave and EAN Holdings, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 108th District Court - Potter County, TX<br>Case # V10623100E |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 10/10/2016 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/02/2017 postmarked on 02/28/2017 |
| **JURISDICTION SERVED:** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Jesse Quackeubush<br>Quackeubush Law Firm<br>801 S. Fillmore, Suite 460<br>Amarillo, TX 79101<br>806-374-4024 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1Z0399EX0113322192<br><br>Image SOP<br><br>Email Notification,  Brian Braunstein  Brian.S.Braunstein@ehi.com<br><br>Email Notification,  Evelyn Shadley  EVELYN.SHADLEY@EHI.COM |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | The Corporation Company<br>1833 South Morgan Road<br>Oklahoma City, OK 73128<br>214-932-3601 |

Page 1 of  1 / AJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CERTIFIED MAIL®**

**CAROLINE WOODBURN**
DISTRICT CLERK, POTTER COUNTY
P.O. BOX 9570
AMARILLO, TEXAS 79105-9570

Return Service Requested



9414 7266 9904 2080 6472 31

RETURN RECEIPT REQUESTED

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 79101
02 4W
$007.29
0000345987 FEB 28 2017

RETURN RECEIPT REQUESTED

EAN HOLDINGS, LLC
BY SERVING ITS REGISTERED AGENT
THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY, OK 73128

```
                              POTTER COUNTY
                            Caroline Woodburn
P.O. Box 9570                DISTRICT CLERK                    (806) 379-2300
Amarillo, Texas  79105-9570                              Fax: (806) 372-5061
501 S. Fillmore - Suite 1B                   districtclerk@co.potter.tx.us
================================================================================
```

THE STATE OF TEXAS
CIVIL

                        CITATION--CERTIFIED MAIL

                        CAUSE NO. V-106231-00-E

DANNY PRICE GARRETT VS. JAMES WALTER CAVE AND EAN HOLDINGS, LLC

IN AND FOR THE: 108TH DISTRICT COURT

TO:     EAN HOLDINGS, LLC BY SERVING ITS REGISTERED AGENT
        THE CORPORATION COMPANY
        1833 SOUTH MORGAN ROAD
        OKLAHOMA CITY, OK 73128


**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED ON: FEBRUARY 23, 2017 IN THE 108TH DISTRICT COURT LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITION

THE **ATTORNEY FOR THE PLAINTIFF IS:** JESSE QUACKENBUSH, 801 S FILLMORE, STE 460, AMARILLO, TEXAS 79101, (806) 374-4024.


THIS CITATION WAS EXECUTED BY MAILING A TRUE COPY OF IT TO THE DEFENDANT AND ADDRESS NAMED ABOVE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED WITH A TRUE COPY OF THE PETITION ATTACHED.

ISSUED AND GIVEN UNDER MY HAND AND SEAL ON: FEBRUARY 29, 2017

                        CAROLINE WOODBURN, CLERK OF THE COURT
                        POTTER COUNTY, TEXAS

                        BY _____ DEPUTY

                (OFFICER'S RETURN FOLLOWS)



```
                          POTTER COUNTY
                         Caroline Woodburn
P.O. Box 9570              DISTRICT CLERK                (806) 379-2300
Amarillo, Texas  79105-9570                         Fax: (806) 372-5061
501 S. Fillmore - Suite 1B              districtclerk@co.potter.tx.us
================================================================
```

OFFICER'S RETURN---CERTIFIED MAIL

Cause No. V-106231-00-E in the 108TH DISTRICT COURT
Style: DANNY PRICE GARRETT VS. JAMES WALTER CAVE AND EAN HOLDINGS, LLC

This CITATION was executed by mailing an exact copy of it with an exact copy of the PLAINTIFF'S ORIGINAL PETITION attached, to the defendant(s) and addressed named above by certified mail, return receipt requested.

Date Mailed: _____Feb 27_____, 2017

Certified Mail #: 9414 7266 9904 2080 6472 31

Fee for Return: $ 75.00

                    CAROLINE WOODBURN, CLERK OF THE COURT
                    POTTER COUNTY, TEXAS

                    By: _Karen McMillan_____, Deputy

THE STATE OF TEXAS                              COUNTY OF POTTER

The return receipt was received on the _____ day of _____ 20___,
bearing a delivery date of _____, 20___, and is
attached hereto and made a part of this return.

                    CAROLINE WOODBURN, CLERK OF THE COURT
                    POTTER COUNTY, TEXAS

                    By:_____, Deputy

Before me, the undersigned authority, personally appeared:
_____, who after being duly sworn,
stated that the above facts are true and correct, subscribed and sworn
to before me on this the _____ day of _____, 20___.

                    _____, Notary

My Commission Expires: _____

```
                         POTTER COUNTY
                       Caroline Woodburn
P.O. Box 9570            DISTRICT CLERK                    (806) 379-2300
Amarillo, Texas  79105-9570                          Fax: (806) 372-5061
501 S. Fillmore - Suite 1B                  districtclerk@co.potter.tx.us
========================================================================
```

THE STATE OF TEXAS
CIVIL

                        CITATION--CERTIFIED MAIL

                        CAUSE NO. V-106231-00-E

DANNY PRICE GARRETT VS. JAMES WALTER CAVE AND EAN HOLDINGS, LLC

IN AND FOR THE: 108TH DISTRICT COURT

TO:     EAN HOLDINGS, LLC BY SERVING ITS REGISTERED AGENT
        THE CORPORATION COMPANY
        1833 SOUTH MORGAN ROAD
        OKLAHOMA CITY, OK 73128


**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED ON: FEBRUARY 23, 2017 IN THE 108TH DISTRICT COURT LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITION


THE ATTORNEY FOR THE PLAINTIFF IS: JESSE QUACKENBUSH, 801 S FILLMORE, STE 460, AMARILLO, TEXAS 79101, (806) 374-4024.


THIS CITATION WAS EXECUTED BY MAILING A TRUE COPY OF IT TO THE DEFENDANT AND ADDRESS NAMED ABOVE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED WITH A TRUE COPY OF THE PETITION ATTACHED.


ISSUED AND GIVEN UNDER MY HAND AND SEAL ON: FEBRUARY 27, 2017

                         CAROLINE WOODBURN, CLERK OF THE COURT
                         POTTER COUNTY, TEXAS

                         BY _____ DEPUTY

                         (OFFICER'S RETURN FOLLOWS)

**ORIGINAL FOR RETURN**

FILED CAROLINE WOODBURN DISTRICT CLERK
2017 MAR 17 AM 8:36
POTTER COUNTY, TEXAS
BY _____ DEPUTY

```
                            POTTER COUNTY
                          Caroline Woodburn
P.O. Box 9570                DISTRICT CLERK                    (806) 379-2300
Amarillo, Texas  79105-9570                               Fax: (806) 372-5061
501 S. Fillmore - Suite 1B                     districtclerk@co.potter.tx.us
==============================================================================
```

OFFICER'S RETURN---CERTIFIED MAIL

Cause No. V-106231-00-E in the 108TH DISTRICT COURT
Style: DANNY PRICE GARRETT VS. JAMES WALTER CAVE AND EAN HOLDINGS, LLC

This CITATION was executed by mailing an exact copy of it with an exact copy of the PLAINTIFF'S ORIGINAL PETITION attached, to the defendant(s) and addressed named above by certified mail, return receipt requested.

Date Mailed: _____Feb 27_____, 20_17_

Certified Mail #: _____

Fee for Return: $ _75.00_

**Certified Article Number**
9414 7266 9904 2080 6472 31
**SENDERS RECORD**

CAROLINE WOODBURN, CLERK OF THE COURT
POTTER COUNTY, TEXAS

By: _____Karen McMillan_____, Deputy

---

THE STATE OF TEXAS                              COUNTY OF POTTER

The return receipt was received on the _17th_ day of _March_ 20_17_, bearing a delivery date of _____Mar 2_____, 20_17_, and is attached hereto and made a part of this return.

CAROLINE WOODBURN, CLERK OF THE COURT
POTTER COUNTY, TEXAS

By: _____Karen Mc_____, Deputy

Before me, the undersigned authority, personally appeared:
_____, who after being duly sworn, stated that the above facts are true and correct, subscribed and sworn to before me on this the _____ day of _____, 20___.

_____, Notary

My Commission Expires: _____

EAN HOLDINGS, LLC
BY SERVING ITS REGISTERED AGENT
THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY, OK 73128

9414 7266 9904 2080 6472 31     DC

**TO:**   EAN HOLDINGS, LLC
BY SERVING ITS REGISTERED AGENT
THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY, OK 73128

**SENDER:** POTTER COUNTY DIST. CIVIL

**REFERENCE:** 106231-E KM

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | | |
|---|---|---|---|
| | Certified Fee | | |
| | Return Receipt Fee | | |
| | Restricted Delivery | | |
| | Total Postage & Fees | | |

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
FEB 28 2017
USPS DOWNTOWN STATION

---

2. Article Number: 106231-E
9414 7266 9904 2080 6472 31

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Adelia Unack    B. Date of Delivery: MAR 0 2 2017

C. Signature: X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type  **CERTIFIED MAIL®**
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

EAN HOLDINGS, LLC
BY SERVING ITS REGISTERED AGENT
THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY, OK 73128

Reference Information
106231-E KM
POTTER COUNTY DIST. CIVIL   KM

PS Form 3811, January 2005    Domestic Return Receipt

Filed
Caroline Woodburn
District Clerk
3/24/2017 2:34:48 PM
Potter County, Texas
By _____ Deputy

8352

CAUSE NO. 106231-E

| | | |
|---|---|---|
| DANNY PRICE GARRETT | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 108th JUDICIAL DISTRICT |
| | § | |
| JAMES WALTER CAVE AND EAN HOLDINGS, LLC | § | POTTER COUNTY, TEXAS |

### DEFENDANT ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, INCORRECTLY NAMED AS HOLDINGS, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, INCORRECTLY NAMED AS EAN HOLDINGS, LLC**, Defendant named in the above entitled and numbered cause, and files this its Original Answer, and for same would respectfully show unto the Court as follows:

I.

### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

II.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, INCORRECTLY NAMED AS AN HOLDINGS, LLC** prays that the Plaintiff take nothing by this suit, that Defendant go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

FEE, SMITH, SHARP & VITULLO, L.L.P.

_____
BRETT A. SMITH
State Bar No. 18542275
13155 Noel Rd.
Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)
bsmith@feesmith.com

**ATTORNEYS FOR DEFENDANT ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, INCORRECTLY NAMED AS EAN HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing is being served upon all parties in accordance with the Texas Rules of Civil Procedure, on this the 24th day of March, 2017 as follows:

*Via Certified Mail/RRR*
Jesse Quackenbush
Quackenbush Law Firm
801 South Fillmore
Suite 460
Amarillo, TX 79101

_____
BRETT A. SMITH

Filed
Caroline Woodburn
District Clerk
3/24/2017 2:34:48 PM
Potter County, Texas
By _____ Deputy

Filed
Caroline Woodburn
District Clerk
3/30/2017 10:12:31 AM
Potter County, Texas
By _____ Deputy

# REQUEST FOR COPIES AND/OR SEARCH FOR POTTER COUNTY FAMILY AND CIVIL RECORDS

| | TEXAS GOVERNMENT CODE § 51.318 Fees Due When Service Performed or Requested. | |
|---|---|---|
| (b) | (3) for searching files or records to locate a cause when the docket number is not provided. | $5.00 |
| | (4) for searching files or records to ascertain the existence of an instrument or record in the District clerk's office | $5.00 |
| | (7) for a certified copy of a record, judgment, order, pleading, or paper on file or of record in the district clerk's office, including certificate and seal, for each page or part of a page | $1.00 |
| | (8) for a noncertified copy, for each page or part of a page not to exceed $1.00 | $ .50 |

THESE FEES DUE PAYABLE TO POTTER COUNTY DISTRICT CLERK

Return this form along with payment for the required fees. (Fees may be waived for Government Agencies)
District Clerk, Potter County, P.O. Box 9570, Amarillo, TX 79105
Or
Contact the Family Department at 806.379.2319 or Civil Department at 806.379.2301 to obtain an alternative method of submitting this request and to determine the page count of the requested document/s.

This office accepts the following forms of payment:
- Money order
- Cashier's check (this office does not accept personal checks)
- Credit or debit/credit card payment

**Record Search:** Type of Case (circle one) Divorce/Family Case or Civil Case

Name(s) to be searched: _____
Approximate Year/s to be searched: _____
Date of Birth (if known will provide more accurate results): _____

**Copies:** Type of Case (circle one) Divorce/Family Case or Civil Case

*Add $5.00 as an additional search fee for obtaining the cause number if not provided

Case/cause number(s): __106231-E__
Name/type/description of document(s) to be copied: __1) CASE SUMMARY__
__2) CIVIL COVER SHEET__

Please specify how you would like copies to be returned:
☐ Certified copies (mailed back only) - $1 page, **a self-addressed stamped envelope is required
☐ Non Certified copies (mailed back) - $.50 per page, **a self-addressed stamped envelope is required
☑ Emailed back (non-certified documents only) - $5 per document

Requesting person contact information:
Name: __ARTI JARIWALA__
Phone number: __(972) 980-3265__
Email address: __AJARIWALA@FEESMITH.COM__

The Clerk is authorized to charge the fees for copies or search to my: (circle one) Visa, MasterCard, Discover and American Express
Credit Card Number: ▮▮▮▮   Exp Date ▮▮   Security Code: ▮▮
Card Holder's Name: __JAY N. FRY__
Authorized user signature: _____   Date: __3-22-17__
Billing Address & Zip Code: __FEE, SMITH, SHARP EVITULLO, 3 GALLERIA TWR, 13155 NOEL RD. #1000, DALLAS TX 75240__
Telephone Number with Area Code: __(972) 934-9100__
Email Address to party requesting: __AJARIWALA@FEESMITH.COM__

*Please note - our clerks are not authorized to make long distance phone calls

B R