ELC.8352

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **DANNY PRICE GARRETT** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:17-cv-00059-J |
| § | JURY DEMAND |
| **JAMES WALTER CAVE AND EAN** § | |
| **HOLDINGS, LLC** § | |
| § | |
| Defendants. § | |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

On this day the Court, having considered Plaintiff DANNY PRICE GARRETT's request for entry of an Order of dismissal without prejudice all of his claims against Defendant ENTERPRISE LEASING COMPANY OF CHICAGO, LLC, INCORRECTLY NAMED AS EAN HOLDINGS, LLC *only*.  The Court, being fully advised, is of the opinion that the interest of justice would be served by granting the request of the Plaintiff.  It is, therefore:

ORDERED, ADJUDGED and DECREED that all claims against Defendant **EAN Holdings, LLC** are hereby dismissed without prejudice with all costs of Court taxed against the party incurring same.

SIGNED this __22nd__ day of __September__, 2017.

_s/ Mary Lou Robinson_
MARY LOU ROBINSON
UNITED STATES DISTICT JUDGE

APPROVED:

**QUACKENBUSH LAW FIRM**

*[signature]*

JESSE QUACKENBUSH
State Bar No. 16421975
801 South Fillmore
Suite 460
Amarillo, TX 79101
(806) 374-4024
(806) 352-0073 (Fax)
jesseqlf@gmail.com

**ATTORNEYS FOR PLAINTIFF**


**FEE, SMITH, SHARP & VITULLO, L.L.P.**

*[signature]*

BRETT A. SMITH
State Bar No. 18542275
13155 Noel Rd.
Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)
bsmith@feesmith.com

**ATTORNEYS FOR DEFENDANT
ENTERPRISE LEASING COMPANY OF
CHICAGO, LLC, INCORRECTLY NAMED AS EAN HOLDINGS, LLC**

ORDER ON PLAINTIFF'S MOTION FOR DISMISSAL OF ENTERPRISE LEASING COMPANY OF
CHICAGO, LLC, INCORRECTLY NAMED AS EAN HOLDINGS, LLC WITHOUT PREJUDICE– Page 2