IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANNY PRICE GARRETT, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    CIVIL ACTION NO. 2:17-cv-00059-J |
| | § |
| JAMES WALTER CAVE; and EAN HOLDINGS, LLC, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL

Before the Court is the parties' *Stipulation of Dismissal with Prejudice*, filed on October 27, 2017. This case is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Signed this the __31st__ day of October, 2017.

                 _s/ Mary Lou Robinson_
                 MARY LOU ROBINSON
                 SENIOR UNITED STATES DISTRICT JUDGE